Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Rosalia M Feraro
Antonio F. Feraro

United States Bankruptcy Court
Northern District of California

In re:

Rosalia M. Feraro

Antonio F. Feraro

       Debtors.

Case No.: 09-59157

**MOTION TO EXTEND THE AUTOMATIC STAY**

TO DEVEN DERHAM-BURKE CHAPTER 13 STANDING TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

    The debtors, Rosalia M. Feraro and Antonio F. Feraro (hereafter "debtors"), hereby move the court for an order extending the automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B). The continuation of the automatic stay is sought against all creditors served with this motion. The debtor previously filed a chapter 13 petition on September 21, 2009. However, that case was dismissed when the debtor failed to file her schedules and other required documents by the due date.

    The debtors have filed their schedules and other required documents. The present case has been filed by the debtors in good faith

Wherefore, the debtors request that the automatic stay be extended until terminated by law or court order.

YOU MUST REQUEST A HEARING, AS SET FORTH BELOW, IF YOU DISPUTE

THE REQUESTED RELIEF

Any objection to the requested relief or a request for a hearing on the matter must be filed and served upon the initiating party within 10 days of mailing of this notice.

The request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. If there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

If the request for hearing or objection is timely made, the debtor will set a hearing date and give you at least five (5) days notice of the hearing and shall file a reply to your objection within two (2) days.

Dated:   November 4, 2009

/s/ Marc Voisenat
Marc Voisenat , Attorney for Debtor

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 1035, Oakland, California 94612

On November 4, 2009, I served the foregoing document described as: **MOTION TO EXTEND THE AUTOMATIC STAY** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

| | |
|---|---|
| Devin Derham-Burk<br>Chapter 13 Trustee<br>P.O. Box 50013<br>San Jose, Ca. 95150-0013 | Office of the U.S. Trustee<br>SJ U.S. Federal Bldg.<br>P.O. Box 530927<br>Atlanta, GA 30353 |
| Bank of America<br>P.O. Box 5170<br>Simi Valley, Ca 93062-5170 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, Ca 94102-3661 |

Bank of America
P.O. Box 10227
Van Nuys, Ca 91410-0227

Ca Employment Development Dept
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Ca Franchise Tax Board
Attn Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

OneWest
888 East Walnut Street
Pasadena, Ca 91101-5646

Secretary of the Treasury
15th and Pennsylvania Ave. NW
Washington, DC 20220-0001

State Board of Equalization
Attn. Special Procedures
P.O. Box 942879
Sacramento, Ca 94279-0001

| | |
|---|---|
| 1 | Kenneth D. Lewis<br>CEO and President Bank of America |
| 2 | 101 S. Tyron St.<br>Charlotte, NC 28280 |
| 3 | |
| 4 | I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. |
| 5 | Executed on November 4, 2009 at Alameda, California. |
| 6 | /s/ Nilda Voisenat<br>Nilda Voisenat |