Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Rosalia M. Feraro
Antonio F. Feraro

United States Bankruptcy Court
Northern District of California

In re:

Rosalia M. Feraro

Antonio F Feraro

       Debtors.

Case No.: 09-59157

**DECLARATION OF ROSALIA M. FERARO IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY**

I, Rosalia M. Feraro, declare as follows:

1. I am one of the above debtors. If called to testify, I could and would testify to those facts set forth below.

2. Our previous case was dismissed because our schedules and other required documents were not filed with the court.

3. My husband and I have filed the schedules and other required documents.

4. The present case has been filed by the debtors in good faith.

I, declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2009

                                                         /s/ Rosalia M. Feraro
                                                         Rosalia M. Feraro