**The following constitutes
the order of the court. Signed November 24, 2009**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtors
Rosalia M. Feraro
Antonio F. Feraro

United States Bankruptcy Court
Northern District of California

In re:

Rosalia M. Feraro

Antonio F. Feraro

　　　　　　Debtors.

Case No.: 09-59157

**ORDER ON MOTION FOR DEFAULT ENTRY OF ORDER ON MOTION TO EXTEND THE AUTOMATIC STAY**

The Motion of the above named debtor, to extend the automatic stay having been considered by the Court, there being no objections on file and good cause appearing, the debtor's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the automatic stay set forth in 11 U.S.C. §362(a) shall be extended and shall remain in full force and effect as to creditors served with the Motion unless otherwise ordered by this Court.

*** END OF ORDER ***

**Court Service List**

Marc Voisenat
1330 Broadway, Suite 1035
Oakland, Ca. 94612-2509

Devin Derham-Burk
Chapter 13 Trustee
P.O. Box 50013
San Jose, Ca. 95150-0013

Office of the U.S. Trustee
SJ U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Bank of America
P.O. Box 5170
Simi Valley, Ca 93062-5170

Bank of America
P.O. Box 10227
Van Nuys, Ca 91410-0227

Ca Employment Development Dept
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Ca Franchise Tax Board
Attn Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

OneWest
888 East Walnut Street
Pasadena, Ca 91101-5646

Secretary of the Treasury
15th and Pennsylvania Ave. NW
Washington, DC 20220-0001

| | |
|---|---|
| 1 | State Board of Equalization<br>Attn. Special Procedures<br>P.O. Box 942879<br>Sacramento, Ca 94279-0001 |
| 2 | |
| 3 | |
| 4 | Kenneth D. Lewis<br>CEO and President Bank of America<br>101 S. Tyron St.<br>Charlotte, NC 28280 |
| 5 | |
| 6 | |
| 7 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, Ca 94102-3661 |
| 8 | |