UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
**Rosalia Medina Feraro**

Debtor(s) /

Chapter 13  
Case No.

APPLICATION FOR COMPENSATION; DECLARATION

1. Debtor(s') attorney, __Marc Voisenat 170935__, requests the approval of attorney's fees in the sum of $__4,550.00__ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $__1,500.00__ has been previously paid to Debtor(s)' attorney.

2. In addition to the basic case, the Debtor(s') case involves:

   __X__ Real property claims  
   ___ Compromise plan use  
   __X__ Certain additional real property: __1__ piece(s)  
   ___ State or federal tax claims  
   ___ Vehicle loans or leases  
   ___ An operating business  
   ___ Support arrears  
   ___ Student loans  
   ___ 25 or more creditors  
   __X__ Motion to commence or extend the automatic stay

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

   I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: **October 21, 2009**  

**/s/ Marc Voisenat**  
**Marc Voisenat 170935**  
Attorney for Debtor(s)

Rev. 6/06